■ The People of the State of New York, Respondent, v Enrique Rodriguez, Appellant. [678 NYS2d 725] —Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered January 23, 1996, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree, and sentencing him to 5 years probation, unanimously affirmed.

Defendant's suppression motion was properly denied. We find no reason to disturb the hearing court's credibility determinations (*People v Prochilo*, 41 NY2d 759). The record does not support defendant's claim that the stop of the taxicab for a traffic violation was a pretext to investigate an unrelated crime. Concur—Lerner, P. J., Sullivan, Mazzarelli, Andrias and Saxe, JJ.